IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JACK CARSWELL, MINOR CHILD, AND JULIE CARSWELL AND JACK CARSWELL, PARENTS,

      Appellants,

v.

FLORIDA STATE UNIVERSITY SCHOOLS, INC.; FLORIDA STATE UNIVERSITY SCHOOLS, INC., BOARD OF DIRECTORS; AND FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D13-6157

Opinion filed September 19, 2014.

An appeal from an order of the Division of Administrative Hearings.
E. Gary Early, Administrative Law Judge.

M. Linville Atkins, Tallahassee, for Appellants.

Robyn Blank Jackson and Lisa Scoles, Associate General Counsels, Tallahassee, for Appellee Florida State University Board of Trustees.

Jon C. Moyle, Jr., of Moyle Law Firm, P.A., Tallahassee, for Appellee Florida State University Schools, Inc., and Florida State University Schools Inc., Board of Directors.

PER CURIAM.

AFFIRMED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.